# LAW OFFICES
## *OF*
# EDWARD C. KRAMER, P.C.

---

Of Counsel Mintz & Fraade, P.C.

| | |
|---|---|
| 488 Madison Avenue | Tel. (212) 490-1616 |
| Suite 1100 | Facsimile (212) 490-2888 |
| New York, New York 10022 | eck@lawkram.com |

**May 20, 2014**

**Magistrate Judge Roanne L. Mann**
**United States District Courthouse**
**225 Cadman Plaza East**
**Brooklyn, NY 11021**

    **Re: Delvecchio v. Corbett, et. al.; Case No. 1:13-cv-04325-RLM**

**Dear Honorable Madam:**

    **I am one of the attorneys and trial counsel for the Plaintiff in the above-referenced action. I am in receipt of the Court's scheduling order, dated May 16, 2014, scheduling trial for July 14, 2014. I appreciate the Court's efforts to provide the parties with an early trial date and a prompt resolution of this lawsuit. However, I am scheduled to be on vacation the week of July 14, 2014. I am joining my wife for a health conference in Anaheim, California which starts July 17th. Our hotel is booked. My wife made arrangements with her employer, a hospital, to take off the entire week, which will be our summer vacation (actually our only vacation). We plan on leaving July 12th and returning July 20th. I am available the following week and the rest of July and August. It would be greatly appreciated if the trial could be rescheduled. I have consulted with Defendants' counsel, Jon M. Kessel. Today, Mr. Kessel advised me that he would not consent at this time, although I should try him again on Friday. However, I wanted to advise the Court as soon as possible of my request.**

    **Thank you for your consideration.**

Respectively submitted,

Edward C. Kramer (8411)

cc: Jon M. Kessel, Esq. (by e-mail)